No. 15,733.

COBB *v.* MUZZY.
(169 P. [2d] 328)

Decided May 13, 1946.

An action on account. Judgment for defendant on his counterclaim.

Judgment affirmed en banc on application for supersedeas without written opinion.

Mr. L. C. KINIKIN, for plaintiff in error.

Messrs. STRANG & LOESCH, for defendant in error.